JS-6

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
CHRISTEN A. SPROULE (Cal. Bar #310120)
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-4493
    Facsimile:   (213) 894-7177
    E-mail:     Christen.A.Sproule@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

```
FILED
CLERK, U.S. DISTRICT COURT

September 11, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY
```

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 14-09899-SJO (ASx) |
| Plaintiff, | CONSENT JUDGMENT |
| v. | |
| $25,285.00 in U.S. CURRENCY | |
| Defendant. | |
| FRANCES KAY WILLIAMS, | |
| Claimant. | |

      This action was filed on January 22, 2015 against the defendant $22,285.00 in U.S. Currency ("defendant currency"). Frances Kay Williams ("Williams") filed a claim and answer on April 10, 2015. No person other than Williams is believed to have an interest therein. Notice has been given and published in accordance with law. No other claims or answers have been filed, and the time for filing claims and answers has expired. Plaintiff United States of America and Williams have reached an agreement

that is dispositive of the action and have requested that this consent judgment be entered. Nothing in this consent judgment is intended or should be interpreted as an admission of wrongdoing by Williams.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

A.     This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355 and over the parties hereto.

B.     The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(C) and 21 U.S.C. § 881(a)(6).

C.     Notice of this action has been given in accordance with law.  All potential claimants to the defendant currency other than Williams are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

D.     The defendant currency shall be returned to Williams without interest.

E.     The funds to be returned to Williams shall, at the government's option, be returned by either check or wire transfer within 60 days of the date this Judgment is entered or the date Williams provides the information described below, whichever is later.  If the United States elects to make the payment by check, the check will be payable to "Paul L. Gabbert, Client Trust Account."  If the United States elects to make the payment by wire transfer, the funds will be wire transferred to Paul L. Gabbert, Client Trust Account.  Williams agrees to provide the necessary bank account information and personal identifiers for Mr. Gabbert's trust account upon request from the United States.

F.     Williams agrees to waive any and all attorney fees and costs.

G.     Williams has released the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the Federal Bureau of Investigation and the Department of Justice and their respective agencies, as well as all agents, officers,

2

employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims (including, without limitation, any petitions for remission, which Williams hereby withdraws), actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs and interest, which may be asserted by or on behalf of Williams, whether pursuant to 28 U.S.C. § 2465 or otherwise.

H.    The Court finds that there was reasonable cause for the institution of these proceedings.  This Judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: _____       9/11/16

_____
THE HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

DATED: August   , 2016          EILEEN M. DECKER
                                United States Attorney
                                LAWRENCE S. MIDDLETON
                                Assistant United States Attorney
                                Chief, Criminal Division
                                STEVEN R. WELK
                                Assistant United States Attorney
                                Chief, Asset Forfeiture Section

                                _____
                                CHRISTEN A. SPROULE
                                Assistant United States Attorney

                                Attorneys for Plaintiff
                                United States of America

DATED: August   , 2016          _____
                                FRANCES KAY WILLIAMS
                                Claimant

3